**Juan Nazarit CARDENAS;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

**No. 07–71090.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 23, 2007.*

Filed July 27, 2007.

Juan Nazarit Cardenas, Sylmar, CA, pro se.

Teresa Nazarit Ornelas, Sylmar, CA, pro se.

Emmanuel Nazarit Ornelas, Sylmar, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Anthony P. Nicastro, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

**MEMORANDUM \*\***

This is a petition for review from the Board of Immigration Appeals' ("BIA") order adopting and affirming an Immigration Judge's order denying petitioners' applications for cancellation of removal.

We have reviewed the response to the court's April 10, 2007 order to show cause, respondent's motion to dismiss and the opposition thereto, and we conclude that petitioners Juan Nazarit Cardenas, A95–316–008, and Teresa Nazarit Ornelas, A95–316–009, have failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, the motion to dismiss this petition for review for lack of jurisdiction with respect to petitioners Juan Nazarit Cardenas and Teresa Nazarit Ornelas is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

A review of the administrative record demonstrates that petitioner Emmanuel Nazarit Ornelas, A95–316–010, has presented no evidence that he has a qualifying relative as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina–Estrada v. INS,* 293 F.3d 1089, 1093–94 (9th Cir. 2002). The BIA therefore correctly concluded that, as a matter of law, petitioner was ineligible for cancellation of removal. Accordingly, this petition is denied with respect to petitioner Emmanuel Nazarit Ornelas because the questions raised as to him are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.